**A CERTIFIED TRUE COPY**
MAR 19 2004
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

03-B-2004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 3 2004

DOCKET NO. 1586

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE MUTUAL FUNDS INVESTMENT LITIGATION

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 25 2004

GREGORY C. LANGHAM

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On February 20, 2004, the Panel transferred 96 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis and the Honorable Frederick P. Stamp, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Maryland.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Maryland for the reasons stated in the order of February 20, 2004, ___F.Supp.2d___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable J. Frederick Motz, the Honorable Andre M. Davis and the Honorable Frederick P. Stamp, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

EOD
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FOR THE PANEL:

MAR 24 2004

GREGORY C. LANGHAM
CLERK

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 19 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby attest and certify on 3-24-04 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy

APR - 5 2004

TERMED MD1586

U.S. District Court
U.S. District Court for the District of Colorado (Denver)

CIVIL DOCKET FOR CASE #: 03-CV-2004

Chait v. Bailey, et al                                      Filed: 10/08/03
Assigned to: Chief Judge Lewis T. Babcock    Jury demand: Plaintiff
Demand: $0,000                                              Nature of Suit: 850
Lead Docket: None                                           Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 28:1391 Personal Injury

GERALD L. CHAIT, derivatively        Kip Brian Shuman
on behalf of                          [COR LD NTC]
-                                     Dyer & Shuman, LLP
Janus Mercury Fund                    801 East 17th Avenue
    plaintiff                         Denver, CO 80218-1417
                                      USA
                                      303-861-3003
                                      FTS 830-6920

    v.

THOMAS H. BAILEY
    defendant

WILLIAM F. MCCALPIN
    defendant

JOHN W. MCCARTER, JR.
    defendant

DENNIS B. MULLEN
    defendant

JAMES T. ROTHE
    defendant

WILLIAM D. STEWART
    defendant

MARTIN H. WALDINGER
    defendant

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 28th day of March 2004
GREGORY C. LANGHAM
By_____
                    Deputy

```
Proceedings include all events.                              TERMED
1:03cv2004 Chait v. Bailey, et al
                                                             MD1586


THOMAS A. EARLY
     defendant


ANITA E. FALICIA                N. Reid Neureiter
     defendant                  [COR LD NTC]
                                Jacobs, Chase, Frick, Kleinkopf
                                & Kelley LLC
                                1050 17th Street
                                #1500
                                D.C. Box 1
                                Denver, CO 80265
                                USA
                                303-685-4800


LOREN M. STARR
     defendant


HEIDI J. WALTER                 N. Reid Neureiter
     defendant                  (See above)
                                [COR LD NTC]


BONNIE M. HOWE                  N. Reid Neureiter
     defendant                  (See above)
                                [COR LD NTC]


KELLEY ABBOTT HOWES             N. Reid Neureiter
     defendant                  (See above)
                                [COR LD NTC]


DAVID R. KOWALSKI               N. Reid Neureiter
     defendant                  (See above)
                                [COR LD NTC]


WARREN LAMMERT
     defendant


DAVID CORKINS                   Andrew John Petrie
     defendant                  [COR LD NTC]
                                Petrie, Bauer & Schwartz, LLP
                                1775 Sherman Street
                                #2500
                                Denver, CO 80203
                                USA
                                303-226-7700
```

Proceedings include all events.                                    TERMED
1:03cv2004 Chait v. Bailey, et al
                                                                   MD1586
                          FTS 226-7777

JANUS CAPITAL GROUP INC.
    defendant

JANUS CAPITAL CORPORATION
    defendant

JANUS CAPITAL MANAGEMENT LLC,
actually reads Janus Capital
Management
    defendant

JANUS INVESTMENT FUND, a
Massachusetts trust
    defendant

Proceedings include all events.                                TERMED
1:03cv2004 Chait v. Bailey, et al
                                                                MD1586

| | | |
|---|---|---|
| 10/8/03 | 1 | Verified Derivative COMPLAINT for Breach of Fiduciary Duty, Abuse of Control, Gross Mismanagement, Waste of Corporate Assets and Unjust Enrichment (Summons(es) issued); jury demand (bm) [Entry date 10/09/03] |
| 10/8/03 | -- | FILING FEE PAID: on 10/8/03 in the amount of $ 150, receipt # 246907. (bm) [Entry date 10/09/03] |
| 10/20/03 | 2 | Copy of NOTICE of Related Actions filed by Janus Capital Gr Inc, Janus Capital Mgmt with the MDL Panel (gs) [Entry date 10/22/03] |
| 10/20/03 | 3 | Copy of DECLARATION of Mark K. Moller by Janus Capital Gr Inc, Janus Capital Mgmt to accompany notice of related actions [2-1] filed with MDL Panel (gs) [Entry date 10/22/03] |
| 10/21/03 | 4 | RETURN OF SERVICE of Summons and Complaint upon defendant Janus Capital Corp on 10/16/03 by leaving with: Connie Dominguez, RA for the Corporation Company (db) [Entry date 10/22/03] |
| 11/5/03 | 5 | MOTION by dfts, Thomas H. Bailey, William F. McCalpin, John W. McCarter Jr., Dennis B. Mullen, James T. Rothe, William D. Stewart, Martin H. Waldinger, Thomas A. Early, Loren M. Starr, Janus Capital Gr Inc, Janus Capital Corp, Janus Capital Mgmt, Janus Investment Fnd to stay proceedings pending a transfer decision by the judicial panel on multidistrict litigation (db) [Entry date 11/06/03] |
| 11/5/03 | 6 | Disclosure STATEMENT by "Janus" defendants (db) [Entry date 11/06/03] |
| 11/6/03 | 7 | MINUTE ORDER : by Chief Judge Lewis T. Babcock regarding [5-1] motion to stay proceedings pending a transfer decision by the judicial panel on multidistrict litigation; pla has to 11/20/03 to respond (cc: all counsel) ; entry date : 11/7/03 (db) [Entry date 11/07/03] |
| 11/13/03 | 8 | MOTION by plaintiff to consolidate casesand for appointment of lead counsel and to enter pretrial order 1 (db) [Entry date 11/14/03] |
| 11/17/03 | 9 | JOINDER by dfts, Anita E. Falicia, Heidi J. Walter, Bonnie M. Howe, Kelley Abbott Howes, David R. Kowalski in motion to stay proceedings pending a transfer decision by the judicial panel on multidistrict litigation [5-1] (db) [Entry date 11/18/03] |
| 11/17/03 | 10 | ATTORNEY APPEARANCE for Anita E. Falicia, Heidi J. Walter, Bonnie M. Howe, Kelley Abbott Howes, David R. Kowalski by N. Reid Neureiter (db) [Entry date 11/18/03] |

```
Proceedings include all events.                              TERMED
1:03cv2004 Chait v. Bailey, et al
                                                             MD1586

11/17/03  11      NOTICE of related cases by "Canary Defendants" re:
                  complaint [1-1] (db) [Entry date 11/18/03]

11/20/03  12      Joint Opposition (RESPONSE) by plaintiff to motion to stay
                  proceedings pending a transfer decision by the judicial
                  panel on multidistrict litigation [5-1] (db)
                  [Entry date 11/21/03]

11/21/03  13      ORDER  by Chief Judge Lewis T. Babcock  granting  motion to
                  stay proceedings pending a transfer decision by the
                  judicial panel on multidistrict litigation [5-1]  , CASE
                  STAYED as to proceedings pending transfer decision by
                  judicial panel [13-2] (cc: all counsel) ; entry date :
                  11/24/03 (db) [Entry date 11/24/03]

11/24/03  14      Janus-Entity Dfts' RESPONSE to purported lead pla's motion
                  for appointment of lead counsel and to enter pretrial order
                  1 [8-2], motion to consolidate cases [8-1] and restated
                  request for stay of all proceedings (db)
                  [Entry date 11/25/03]

11/24/03  15      JOINDER by defendant David Corkins in motion to stay
                  proceedings pending a transfer decision by the judicial
                  panel on multidistrict litigation [5-1] (db)
                  [Entry date 11/25/03]

11/24/03  16      ATTORNEY APPEARANCE for defendant David Corkins  by Andrew
                  John Petrie (db) [Entry date 11/25/03]

11/26/03  17      WAIVER OF SERVICE of Summons and Complaint by defendant
                  Janus Investment Fnd  on  10/24/03 (db)
                  [Entry date 11/28/03]

12/5/03   18      RETURN OF SERVICE of Summons and Complaint upon defendant
                  Thomas A. Early  on 10/20/03  by leaving with: Curt Foust
                  personally as assistant general counsel accepting for dft
                  (dc) [Entry date 12/09/03]

12/5/03   19      RETURN OF SERVICE of Summons and Complaint upon defendant
                  Janus Capital Gr Inc  on 10/20/03  by leaving with: Curt
                  Foust personally as assistant corporate secretary/assistant
                  general counsel to dft (dc) [Entry date 12/09/03]

12/5/03   20      RETURN OF SERVICE of Summons and Complaint upon defendant
                  Janus Capital Mgmt  on 10/20/03  by leaving with: Curt
                  Foust personally as assistant general counsel to dft (dc)
                  [Entry date 12/09/03]

12/5/03   21      RETURN OF SERVICE of Summons and Complaint upon defendant
                  David Corkins  on 11/2/03  by leaving with: dft personally
                  (dc) [Entry date 12/09/03]
```

```
Proceedings include all events.                              TERMED
1:03cv2004 Chait v. Bailey, et al
                                                             MD1586
```

| | | |
|---|---|---|
| 12/5/03 | 22 | RETURN OF SERVICE of Summons and Complaint upon defendant Warren Lammert on 11/10/03 by leaving with: dft personally (dc) [Entry date 12/09/03] |
| 12/5/03 | 23 | RETURN OF SERVICE of Summons and Complaint upon defendant David R. Kowalski on 11/2/03 by leaving with: Barb Kowalski personally who identified herself as with the David R. at the usual place of abode (dc) [Entry date 12/09/03] |
| 12/5/03 | 24 | RETURN OF SERVICE of Summons and Complaint upon defendant Kelley Abbott Howes on 11/2/03 by leaving with: dft personally (dc) [Entry date 12/09/03] |
| 12/5/03 | 25 | RETURN OF SERVICE of Summons and Complaint upon defendant Heidi J. Walter on 11/4/03 by leaving with: dft pesonally (dc) [Entry date 12/09/03] |
| 12/5/03 | 26 | RETURN OF SERVICE of Summons and Complaint upon defendant Loren M. Starr on 11/14/03 by leaving with: dft personally (dc) [Entry date 12/09/03] |
| 12/5/03 | 27 | RETURN OF SERVICE of Summons and Complaint upon defendant Anita E. Falicia on 11/3/03 by leaving with: dft pesonally (dc) [Entry date 12/09/03] |
| 12/5/03 | 28 | RETURN OF SERVICE of Summons and Complaint upon defendant Dennis B. Mullen on 11/4/03 by leaving with: Lynn Mullen, wife/occupant (dc) [Entry date 12/09/03] |
| 12/5/03 | 29 | RETURN OF SERVICE of Summons and Complaint upon defendant John W. McCarter Jr. on 11/5/03 by leaving with: Mrs. McCarter for dft (dc) [Entry date 12/09/03] |
| 12/5/03 | 30 | RETURN OF SERVICE of Summons and Complaint upon defendant William F. McCalpin on 11/4/03 by leaving with: Sarah McCalpin, wife/occupant (dc) [Entry date 12/09/03] |
| 12/24/03 | 31 | LETTER to court with courtesy copy of documents filed with the MDL Panel; motion; memo of law; oral argument and addendum (db) [Entry date 12/30/03] |
| 1/12/04 | 33 | LETTER to court with courtesy copy re: amended addendum [31-1] filed with MDL Panel (lm) [Entry date 01/26/04] |
| 1/22/04 | 32 | ACCEPTANCE/ACKNOWLEDGEMENT OF SERVICE by defendant Bonnie M. Howe signed on 1/19/04 ; by Jeffrey A. Chase, attorney for (dc) [Entry date 01/23/04] |
| 1/27/04 | 34 | ACCEPTANCE/ACKNOWLEDGEMENT OF SERVICE by defendant James T. Rothe, defendant William D. Stewart, defendant Martin H. Waldinger signed on 1/15/04 ; by Kenneth E. Rechtoris, attorney for dfts (dc) |

```
Proceedings include all events.                                    TERMED
1:03cv2004 Chait v. Bailey, et al
                                                                    MD1586
2/5/04     35      ACKNOWLEDGEMENT OF SERVICE by defendant Thomas H. Bailey
                   signed on 2/4/04 ;  by Gregory B. Craig, attorney for dft
                   (dc) [Entry date 02/09/04]

3/22/04    36      LETTER from the MDL Panel to court this case will has been
                   assigned to the MDL Litigation MDL-1586 and will be
                   transferred to USDC-Baltimore (dc) [Entry date 03/25/04]

3/25/04    37      Certified Copy of Conditional Transfer ORDER by MDL Panel
                   transferring this case into MDL 1586 In re: Mutual Funds
                   Investment Litigation pending before USDC Dist of MD ;
                   entry date : 3/29/04 (lm) [Entry date 03/29/04]

3/25/04    38      LETTER from Clerk of Court, USDC Dist of MD pur to order
                   [37-2] requesting transfer of docket sheet only; advising
                   of new case no. 04-805 (lm) [Entry date 03/29/04]
```